**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No   SACV 21-01125JVS(JDEx)            Date: January 21, 2022

Title: Gestion Lican, Inc v Good Earthkeeping Organization, Inc.

Present   JAMES V. SELNA, United States District Court Judge

| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiff                    Attorneys for Defendant

Not Present                                Not Present

Proceedings:        ☐ In Court      X In Chambers      ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on docket entry #30 on 12/21/21.   Make JS-6.

☐   Case settled but may be reopened if settlement is not finalized within      days.  Make JS-6.

☐   Other:                          .

☐   Entered                         .

CV-74 (08/97)                                Initials by Deputy Clerk    lmb